[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | No. 23-5071 |

**UNOPPOSED MOTION TO SUPPLEMENT THE JOINT APPENDIX**

Pursuant to Circuit Rule 30(e), Appellants POLITICO LLC and Kyle Cheney respectfully move to supplement the Joint Appendix, filed on July 14, 2023, with the relevant portion of the transcript from a Status Hearing held on August 28, 2023, in *United States of America v. Trump*, No. 21-cr-257-TSC, in the U.S. District Court for the District of Columbia. A copy of the transcript excerpt that Appellants propose to file as a Supplemental Joint Appendix is attached hereto. The excerpt is material to this appeal because, during that hearing, counsel for the United States officially acknowledged that the Government and former President Donald J. Trump had "engaged in extensive pre-indictment litigation regarding executive privilege," which "took place in five sealed proceedings starting in August 2022 and lasting through March of 2023," and which "concerned the scope of grand jury testimony for 14 witnesses." Tr. at 37:17-24.

Undersigned counsel notified counsel for the Government on August 29, 2023, that Appellants intended to file this Motion. Counsel for the Government responded that the Government "takes no position" on the Motion.

For the foregoing reasons, Appellants respectfully request that the Court grant this Motion and permit Appellants to file a Supplemental Joint Appendix.

Dated: September 7, 2023

Respectfully submitted,

/s/ *Chad R. Bowman*
Chad R. Bowman
Charles D. Tobin
Maxwell S. Mishkin
Lauren Russell
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Appellants*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 199 words.

/s/ *Chad R. Bowman*
Chad R. Bowman

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I directed the foregoing to be filed electronically with the Clerk of the Court by using the appellate CM/ECF system. I further certify that, pursuant to Circuit Rule 27(b), I caused four paper copies of the foregoing to be filed via FedEx to the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit.

/s/ *Chad R. Bowman*
Chad R. Bowman

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


 UNITED STATES OF AMERICA,       .
                                 .
         Plaintiff,              .  CR No. 23-0257 (TSC)
                                 .
     v.                          .
                                 .
 DONALD J. TRUMP                 .  Washington, D.C.
                                 .  Monday, August 28, 2023
         Defendant.              .  10:00 a.m.
 . . . . . . . . . . . . . . . . .


                   TRANSCRIPT OF STATUS HEARING
              BEFORE THE HONORABLE TANYA S. CHUTKAN
                   UNITED STATES DISTRICT JUDGE


   APPEARANCES:

 For the Government:            THOMAS WINDOM, ESQ.
                                MOLLY G. GASTON, ESQ.
                                U.S. Attorney's Office
                                601 D Street NW
                                Washington, DC 20530


 For Defendant:                 JOHN F. LAURO, ESQ.
                                GREGORY M. SINGER, ESQ.
                                Lauro & Singer
                                400 North Tampa Street
                                15th Floor
                                Tampa, FL 33602

                                TODD BLANCHE, ESQ.
                                Blanche Law
                                99 Wall Street
                                New York, NY 10005

 Court Reporter:                BRYAN A. WAYNE, RPR, CRR
                                U.S. Courthouse, Room 4704-A
                                333 Constitution Avenue NW
                                Washington, DC 20001



 Proceedings reported by stenotype shorthand.
 Transcript produced by computer-aided transcription.
```

```
 1                    P R O C E E D I N G S
 2            THE DEPUTY CLERK:  Good morning, Your Honor.  This is
 3   Criminal Case No. 23-257, United States of America versus
 4   Donald J. Trump.  Counsel, please approach the lectern and
 5   state your appearances for the record.
 6            MS. GASTON:  Good morning, Your Honor.  Molly Gaston
 7   for the United States along with Thomas Windom, and with us
 8   at counsel table is Special Agent Jamie Garman.
 9            THE COURT:  Good morning.
10            MR. LAURO:  Good morning, Your Honor.  John Lauro on
11   behalf of President Trump.  With me is my partner, Greg Singer,
12   and Todd Blanche, who has noticed an appearance as well, as
13   co-counsel for President Trump.
14            THE COURT:  And is Filzah Pavalon here?  Is that person
15   appearing or they're not appearing in this case?
16            MR. LAURO:  She's with my firm but not here presently.
17            THE COURT:  All right.  So pro hac entered.  Good
18   morning, everyone.
19       We are here for a hearing regarding the parties' proposed
20   trial dates.  But before we discuss the proposed schedules, I
21   want to address the defense's motion to exclude time under the
22   Speedy Trial Act, which is ECF No. 18.
23       The defense has moved to exclude the 25 days between
24   Mr. Trump's initial appearance on August 3, 2023, and today's
25   status conference from the Speedy Trial Act calculation.  The
```

1  was required to do as president.  That's going to present an
2  incredibly important *ab initio* legal issue for Your Honor to
3  decide.
4      So we're going to be busy with very, very complex, novel
5  issues without question in this case.  This is one of the most
6  unique cases from a legal perspective ever brought in the
7  history of the United States.  Ever.  And we're going to have
8  to deal with those issues.  And we will.
9      But we're already starting that at the same time that we
10 have this massive factual investigation under way.  So it's a
11 dual issue.  And that's why I'm so adamant about the time to
12 prepare.  It's not just looking through 18 million pages of
13 documents, it's also looking through legal theories and legal
14 issues that will be presented, and some of these have never
15 touched a court before, and Your Honor's time and effort are
16 going to have to be devoted to that as well.
17     So all of this presents a clear reason to handle this as if
18 President Trump were any other person coming before Your Honor
19 and needing the time necessary to prepare adequately both on
20 the legal side and on the factual side.
21          THE COURT:  All right.
22     Ms. Gaston.  Could you respond to Mr. Lauro's discussion
23 of the time needed to review the documents in this case.
24          MS. GASTON:  Yes, Your Honor.  I think there is a
25 reason why Mr. Lauro resisted answering your specific question

1    about what the exact time would be needed to review the
2    materials in this case, and it's because he doesn't want to
3    admit that through electronic searches and through the
4    reasonable due diligence used in modern criminal trials, it
5    is possible to be ready much sooner than April of 2026.
6        Let me first address a few of Mr. Lauro's points that
7    suggest that the defense is starting fresh at indictment.
8    So, first, in advance of indictment in this case, the Select
9    Committee made public a large amount of the evidence in this
10   case, and the defendant himself published video and written
11   defenses in response, which demonstrate that the defendant was
12   observing the Select Committee's investigation and work, and
13   defending himself against it.
14       In fact, in an interview the night the indictment was
15   unsealed in this case, Mr. Lauro called the indictment "a
16   regurgitation of the J6 committee report."
17       In terms of pre-indictment litigation, the government and the
18   defendant engaged in extensive pre-indictment litigation
19   regarding executive privilege.  It took place in five sealed
20   proceedings starting in August 2022 and lasting through March of
21   2023.  And it concerned the scope of grand jury testimony for 14
22   witnesses.  And I'll just note that we asked for and received
23   permission from the chief judge to provide that information to
24   you today.
25       In terms of witnesses, a number of people on our potential

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Bryan A. Wayne*
Bryan A. Wayne