# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5071** | **September Term, 2023** |
| | 1:22-mc-00104-BAH |
| | 1:22-mc-00100-BAH |
| | **Filed On: September 15, 2023** [2017088] |

In re: Application of the New York Times Company and Charlie Savage for Access to Certain Dockets, Orders, Legal Briefing, and Argument Transcripts Ancillary to January 6 Grand Jury Proceedings and Application of Politico and Kyle Cheney to Unseal All Documents Related to the January 6 Grand Jury Investigation,

------------------------------

New York Times Company and Charlie Savage,

       Appellees

POLITICO, LLC and Kyle Cheney, Senior Legal Affairs Reporter,

       Appellants

   v.

United States of America,

       Appellee

## O R D E R

Upon consideration of appellants' unopposed motion to supplement the joint appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                         BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk