# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5071                                     September Term, 2023

                                                                 1:22-mc-00104-BAH
                                                                 1:22-mc-00100-BAH

Filed On: June 18, 2024 [2060560]

In re: Application of the New York Times
Company and Charlie Savage for Access to
Certain Dockets, Orders, Legal Briefing,
and Argument Transcripts Ancillary to
January 6 Grand Jury Proceedings and
Application of Politico and Kyle Cheney to
Unseal All Documents Related to the
January 6 Grand Jury Investigation,

------------------------------

New York Times Company and Charlie
Savage,

        Appellees

POLITICO, LLC and Kyle Cheney, Senior
Legal Affairs Reporter,

       Appellants

    v.

United States of America,

       Appellee

# M A N D A T E

    In accordance with the judgment of April 23, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                          BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the judgment filed April 23, 2024