[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY AND CHARLIE SAVAGE FOR ACCESS TO CERTAIN DOCKETS, ORDERS, LEGAL BRIEFING, AND ARGUMENT TRANSCRIPTS ANCILLARY TO JANUARY 6 GRAND JURY PROCEEDINGS | No. 23-5071 |
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS AND PROCEEDINGS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING DONALD J. TRUMP AND THE TRUMP ORGANIZATION | No. 23-5073 |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULES**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, Appellants in Docket No. 23-5071, POLITICO LLC and Kyle Cheney, and Appellants in Docket No. 23-5073, Bloomberg L.P., Cable News Network, Inc., The E.W. Scripps Company, POLITICO LLC, and WP Company LLC d/b/a The Washington Post (all together, the "Press Appellants), respectfully move the Court to set a modified briefing schedule in these matters. Appellee in both cases, the Government, consents to the proposed modification. As grounds for this Consent Motion, the Press Appellants state as follows:

1. On April 11, 2023, the Press Appellants moved to consolidate the above-captioned appeals on grounds that they arise from two related District Court decisions addressing nearly identical issues of law and common questions of fact.

2. On April 12, 2023, the Government responded that it "does not oppose ensuring that these cases are briefed on the same schedule and argued before the same panel, but opposes consolidation of briefing in these matters."

3. On May 17, 2023, the Court denied the motion to consolidate but directed the Clerk to "enter briefing schedules in these cases and to calendar these cases for oral argument on the same day and before the same panel."

4. On May 19, 2023, the Court set different briefing schedules for these two matters.

5. Counsel for the parties have subsequently conferred and, with the Government's consent, the Press Appellants propose the following amended briefing schedule to apply in both of the above-captioned matters:

- Opening briefs and appendices to be filed by July 14, 2023;
- Response briefs to be filed by September 8, 2023; and
- Reply briefs to be filed by September 29, 2023.

6. The Press Appellants submit that these unified deadlines will promote efficiency and judicial economy, and accommodate the schedules of the parties and their counsel, without unduly delaying the briefing or resolution of these appeals.

7. This motion complies with Circuit Rule 28(e) and is submitted more than 7 days prior to the due date for any brief.

For the foregoing reasons, the Press Appellants respectfully request that the Court grant this Consent Motion and modify the briefing schedules for the above-captioned matters.

Dated: June 1, 2023

Respectfully submitted,

/s/ *Chad R. Bowman*
Chad R. Bowman
Charles D. Tobin
Maxwell S. Mishkin
Lauren Russell
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Appellants*

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 359 words.

*/s/ Chad R. Bowman*
Chad R. Bowman

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I directed the foregoing to be filed electronically with the Clerk of the Court by using the appellate CM/ECF system.

/s/ *Chad R. Bowman*
Chad R. Bowman
